## STEVENS v. NOE et al.

No. 11530—Opinion Filed July 10, 1923.

**Former Case Controlling.**

The syllabus in this case is the same as contained in opinion in case No. 11529, Fred L. Stevens v. W. E. Grisso, which opinion was filed on the 26th day of June, 1923, 91 Okla. —, 216 Pac. 671.

(Syllabus by Thompson, C.)

Commissioners' Opinion, Division No. 5.

Error from District Court, Seminole County; J. W. Bolen, Judge.

Action by Fred L. Stevens against F. R. Noe and T. D. Noe, judgment for defendants, and plaintiff appeals. Reversed.

A C Markley, for plaintiff in error.

A. M. Fowler and Willmott & Roberts, for defendants in error.

Opinion by THOMPSON, C. The facts and issues in this case are similar to those in the case of Fred L. Stevens v. W. E. Grisso (No. 11529), decided on the 26th day of June, 1923, and the decision in that case is decisive of the questions involved in this case, and the opinion in that case is adopted as the opinion in this case.

The judgment of the trial court is reversed and cause remanded, with directions to grant a new trial.

By the Court: It is so ordered.